Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–20720–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Simone A O'Leary
   108 Hill Hollow Road
   South Plainfield, NJ 07080

Social Security No.:
   xxx–xx–5064

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:    6/27/17
Time:    02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bruce C Truesdale, debtor's attorney

COMMISSION OR FEES
Fees: $4,180.00

EXPENSES
$39.54

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: June 2, 2017
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 12-20720-MBK
Simone A O'Leary                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jun 02, 2017
                              Form ID: 137             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2017.
db            +Simone A O'Leary,    108 Hill Hollow Road,    South Plainfield, NJ 07080-1621
cr            +TD Bank, N.A.,    c/o Buchanan Ingersoll & Rooney, PC,    ATTN: Joseph A. Carita,
                700 Alexander Park,    Suite 300,    Princeton, NJ 08540-6351
512984699     +Abelson & Truesdale, LLC,    147 Union Avenue,    Suite 1E,    Middlesex, NJ 08846-1063
512984700      American Express,    Po Box 1270,    Newark, NJ 07101-1270
513128002      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513299411     +BAC Home Loan Servicing, LP,    400 National Way,    Bankruptcy Department Mail Stop CA6-919-,
                Simi Valley, CA 93065-6414
513678419     +BANK OF AMERICA, N.A.,    400 National Way,    Bankruptcy Department,    Mail Stop CA6-919-01-23,
                Simi Valley, CA 93065-6414
512984701      Bank of America,    4060 Ogletown Stantion Road,    Mail Code De5-019-03-07,    Newark, DE 19713
513223980      Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
512984702     +David Hernandez,    c/o Joseph E. Albanese,    915 Lacey Road,    Forked River, NJ 08731-1106
512984703     +J. Boss Unlimited LLC,    Centurian Popperties LLC dba,    Northeast Signature Properties,
                10 Stelton Rd,    Piscataway, NJ 08854-2639
512984705     +Rustin Kretz,    c/o Joseph Albanese, Esq,    915 Lacey Road,    Forked River, NJ 08731-1106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 02 2017 22:29:16     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 02 2017 22:29:10     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513162275      E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2017 22:31:50     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
512984704     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 02 2017 22:28:38     Kohl,
                N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
513153086      E-mail/PDF: rmscedi@recoverycorp.com Jun 02 2017 22:31:53
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
512984706      E-mail/Text: bankruptcy@td.com Jun 02 2017 22:29:18     TD Bank,    PO Box 5600,
                Lewiston, ME 04243-5600
513265656     +E-mail/Text: bankruptcy@td.com Jun 02 2017 22:29:18     TD Bank, N.A.,    One Royal Road,
                Flemington, New Jersey 08822-6001
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Simone A O'Leary brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph A. Carita    on behalf of Creditor    TD Bank, N.A. jcarita@clarkhill.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@feinsuch.com
                                                                                              TOTAL: 5