UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Bruce C. Truesdale, PC
147 Union Avenue, Suite 1E
Middlesex, NJ 08846
By: Bruce C. Truesdale, Esq. (BT 0928)
Phone#: 732-302-9600
Fax#: 732-302-9066
Attorney for Debtors

Order Filed on June 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Simone O'Leary

Case No.: 12-20720-MBK

Chapter: 13

Judge: Michael B. Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 28, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Bruce C. Truesdale_____, the applicant, is allowed a fee of $ _____4,180.00_____ for services rendered and expenses in the amount of $_____39.54_____ for a total of $_____4,219.54_____ . The allowance shall be payable:

❏     through the Chapter 13 plan as an administrative priority.

☑     outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*